IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRENCHITT SU-DELL COLLINS**                                                                 **PETITIONER**
Reg. #43004-177

v.                              Case No. 2:22-cv-00065-KGB-JTR

**JOHN P. YATES, Warden,**
**Forrest City Medium Security Facility**                                          **RESPONDENT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray regarding petitioner Frenchitt Su-Dell Collins' petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Dkt. No. 9). Mr. Collins has not filed any objections to the Recommended Disposition, and the time to do so has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Mr. Collins' petition for writ of *habeas corpus* is dismissed without prejudice for lack of subject matter jurisdiction (Dkt. No. 1).

2. Respondent John P. Yates, Warden, Forrest City Correctional Institution's motion to dismiss is granted based on this Court's lack of subject matter jurisdiction (Dkt. No. 5).

So ordered this 27th day of March, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge